**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                                        CASE NO. 4:14CV00134 BSM

**ONE INTERORD CORPORATION**                                                          **DEFENDANT**
**MODEL USAS-12, 12 GAUGE SHOTGUN,**
**SERIAL NUMBER A0002089SA**

**SANGEETA MANN**
**RANDEEP MANN**                                                                                      **CLAIMANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of March 2017.

_____
UNITED STATES DISTRICT JUDGE